# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1789
LT Case No. 2021-CF-003260

_____

JUANITA TAYLOR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Marion County.
Anthony M. Tatti, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

December 29, 2023


SOUD, J.

    In this *Anders** appeal, Appellant Juanita Taylor appeals her
judgment and sentence following her violation of probation. We

---

\* *See Anders v. California*, 386 U.S. 738 (1967).

affirm. However, we remand this matter to the trial court for correction of a scrivener's error in the order revoking probation. *See Carmona v. State*, 363 So. 3d 1115 (Fla. 5th DCA 2023).

More specifically, the order revoking probation identifies Taylor violated three conditions: condition 2 (Failure to pay cost of supervision), condition 3 (Changing residence without first procuring the consent of the probation officer—absconding), and condition 8 (Failure to work diligently at lawful occupation, advise employer of probation status, support dependents). However, the affidavit of violation of probation identifies, inter alia, violation of *special condition* 8 by failing to complete 100 hours of community service. Nowhere is it alleged Taylor violated standard condition 8.

The totality of the record before us, including the transcript of the hearing during which Taylor admitted her violation of probation, makes clear it was special condition 8 she acknowledged having violated. Accordingly, this case is AFFIRMED AND REMANDED WITH INSTRUCTIONS to correct the scrivener's error in the order revoking probation to properly identify violation of special condition 8 (Failure to complete 100 hours of community service).

It is so ordered.

BOATWRIGHT and KILBANE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————